Jennifer N. Taylor, Esq., Bar No. 6141
FORD, WALKER, HAGGERTY & BEHAR
8215 South Eastern Avenue, Suite 225
Las Vegas, Nevada 89123
(702) 724-2699; (702) 912-1352 Fax

Attorneys for Defendant,
**AMERICAN AIRLINES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNA LYDA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., a Delaware corporation; AMERICAN AIRLINES GROUP, INC., a Delaware corporation; PHOENIX SKY HARBOR INTERNATIONAL AIRPORT, an Arizona business entity; CITY OF PHOENIX, an Arizona governmental entity; DOE 1 TRANSPORTER, an Arizona resident; ROE 1 TRANSPORTING COMPANY, an Arizona entity; DOE 2 COMPLAINT TAKER, an Arizona resident; DOE 3 COMPLAINT TAKER, a Nevada resident; DOE 4 TRANSPORTER, a Nevada resident; ROE 2 TRANSPORTING COMPANY, a Nevada entity; DOE 5 FLIGHT ATTENDANT, a resident of unknown state; DOE INDIVIDUAL 6-50; and ROE BUSINESS OR GOVERNMENTAL ENTITY 3-50;<br><br>Defendants. | Case No. 3:19-cv-00204<br><br>**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON** |

JOHNNA LYDA ("Plaintiff) and AMERICAN AIRLINES, INC. ("defendant") stipulate as follows:

1. On February 6, 2019, an action was commenced in the Second Judicial District Court of the State of Nevada in and for the County of Washoe entitled *Johnna Lyda v.*

1

*American Airlines, Inc., American Airlines Group, Phoenix Sky Harbor International Airport, City of Phoenix, and; Doe 1 Transporter, an Arizona resident; Roe 1 Transporting Company, an Arizona entity; Doe 2 Complaint Taker, an Arizona resident; Doe 3 Complaint Taker, a Nevada resident; Doe 4 Transporter, a Nevada resident; Roe 2 Transporting Company, a Nevada entity; Doe 5 Flight Attendant, a resident of unknown state; Doe Individual 6-50; And Roe Business or Governmental Entity 3-50*, Case Number CV-19-00296 (the "Action").

2. The first date upon which defendant, AMERICAN AIRLINES, INC., received a copy of said Complaint was March 22, 2019 when defendant was served with a copy of said Summons and Complaint via CT Corporation.

3. On April 18, 2019, defendant, AMERICAN AIRLINES, INC. filed a notice of removal of the Action pursuant to U.S.C. §1441(c) with the United States District Court for the District Court of Nevada.

4. On April 18, 2019, defendant, AMERICAN AIRLINES, INC. completed the removal process by filing a conformed copy of the notice of removal with the Second Judicial District of the State of Nevada In and For the County of Washoe.

5. On May 1, 2019, plaintiff, JOHNNA LYDA filed a Motion to Remand.

6. After some discussion, the parties have agreed that the Action should be remanded to the Second Judicial District of the State of Nevada In and For the County of Washoe. To that end, the parties hereby stipulate that the Action be remanded to Second Judicial District of the State of Nevada In and For the County of Washoe.

///

///

2

**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON**

7. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

Dated: May 15, 2019                    LAW OFFICES OF NEAL HYMAN

                                       /s/ *Neal K. Hyman*
                                BY:    _____
                                       Neal K. Hyman, Esq., Bar No. 5998
                                       LAW OFFICES OF NEAL HYMAN
                                       9480 S. Eastern Avenue, Suite 260
                                       Las Vegas, NV 89123
                                       Attorneys for Plaintiff,
                                       **JOHNNA LYDA**

Dated: May 15, 2019                    FORD, WALKER, HAGGERTY & BEHAR

                                       /s/ *Jennifer N. Taylor*
                                BY:    _____
                                       Jennifer N. Taylor, Esq., Bar No. 6141
                                       FORD, WALKER, HAGGERTY & BEHAR
                                       8215 South Eastern Avenue, Suite 225
                                       Las Vegas, Nevada 89123
                                       (702) 724-2699; (702) 912-1352 Fax
                                       Attorneys for Defendant,
                                       **AMERICAN AIRLINES, INC.**

K:\Client\027\19\001\Pleadings\Stip and Order to Remand Removed Action.docx

Case No.: *3:19-cv-00204*

## ORDER

Pursuant to the foregoing stipulation between the parties:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-referenced matter be remanded back to Second Judicial District of the State of Nevada In and For the County of Washoe.

Each party will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: May 15, 2019

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

4

**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON**

# CERTIFICATE OF SERVICE

The foregoing **STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON** was electronically submitted to be electronically served through the Court's e-service system on May 15, 2019 and service will be made to everyone on the e-service list including but not limited to the following counsel for the parties:

Neal K. Hyman, Esq., Bar No. 005998　　　Attorney for Plaintiff, Johnna Lyda
LAW OFFICES OF NEAL HYMAN
9480 S. Eastern Avenue, Suite 260
Las Vegas, NV 89123
(702) 477-0042; (702) 477-0227 Fax
neal@nealhyman.com
www.nealhyman.com

_____N. Manno_____
An employee of FORD, WALKER, HAGGERTY & BEHAR

STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON